UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CODI DODGE**<br>REG. # 20396-035 | DOCKET NO. 21-CV-02271<br>SECTION P |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against Charles B. Kroger, Wesley Ashton Lewis, III, John Doe and Jane Doe be **DISMSSED**.

THUS DONE in Chambers on this \_\_1st\_\_ day of \_\_December\_\_, 2021.

Robert R. Summerhays
United States District Judge