UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CODI DODGE** | **DOCKET NO. 21-CV-02271** |
| **REG. # 20396-035** | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

### ORDER

On July 29, 2021, Plaintiff, Codi Dodge (Dodge), filed a civil rights complaint. Rec. Doc. 1. On August 16, 2021, pursuant to an Order from this Court, an Amended Complaint was filed, which was identical to the original but included Plaintiff's signature. Rec. Doc. 4. The Complaint states that it is filed "pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. Sections 1346(b) & § 2671 et seq., against the United States." *Id*. In Paragraph 1 of the Complaint, Dodge names FBI agents Charles B. Kroger, Wesley Ashton Lewis, III, John Doge and Jane Doe as additional defendants. *Id*. Accordingly, the United States of America, Charles B. Kroger, Wesley Ashton Lewis, III, John Doge and Jane Doe were named as defendants in the suit.

On November 12, 2021, the undersigned issued a Report and Recommendation, recommending that all claims against Charles B. Kroger, Wesley Ashton Lewis, III, John Doge and Jane Doe be dismissed, pursuant to well-settled law which establishes that a plaintiff seeking relief under the FTCA files his tort claims directly against the United States, rather than the individual government actor. *See Carlson v. Green*, 100 S.Ct. 1468,

1472–73 (1980) (distinguishing between an FTCA action and a *Bivens* suit). Rec. Doc. 5. Plaintiff was given fourteen (14) days to file an objection to the Report and Recommendation; no objection was timely filed[1]. On December 1, 2021, the District Judge adopted the Report and Recommendation and issued a partial judgment, dismissing all claims against Charles B. Kroger, Wesley Ashton Lewis, III, John Doge and Jane Doe. Rec. Doc. 7.

On December 14, 2021, summons were issued to the United States Attorney for the Western District of Louisiana and the United States Attorney General, on behalf of the sole remaining defendant, the United States of America. Rec. Doc. 9. Summons were received and acknowledged. Rec. Docs. 10, 11.

Subsequently, Dodge filed an Amended Complaint, ostensibly pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Charles B. Kroger, Wesley Ashton Lewis, III, John Doge and Jane Doe. Rec. Doc. 12.

Plaintiff cannot revive claims against parties who have been terminated by filing a post-judgment amended complaint. At this time, <u>pending before this Court is a civil rights complaint filed pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. Sections 1346(b) & § 2671 et seq., against the United States of America</u>.

---

[1] Dodge filed an out of time objection, received by the Clerk's Office on December 1, 2021.

**IT IS ORDERED** that Plaintiff notify the Court within 14 (fourteen) days whether he intends to proceed against the United States in this FTCA lawsuit or whether he intends to dismiss this suit and file a new complaint pursuant to *Bivens*.

**IT IS FURTHER ORDERED** that the Rule to Show Cause Hearing, presently set on July 19, 2022, is hereby **CANCELLED**. Should Plaintiff indicate that he intends to proceed in the instant FTCA suit, new filing deadlines will be set.

THUS DONE in Chambers on this 10th day of June, 2022.

**Carol B. Whitehurst**
**United States Magistrate Judge**