| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Federal Bureau of Investigation Inspection Division 935 Pennsylvania Avenue NW Washington DC 20535 | Codi Dodge 415 Lancaster Dr Lafayette LA 70506 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH 08/21/1983 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 12-15-2017  Friday | 7. TIME (A.M. OR P.M.) 5:30-6:00 AM |
|---|---|---|---|---|

**8.** Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See attached Exhibit A Page 2

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

None

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attached Exhibits D Pages 1-7; Exhibit E Pages 1-2

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| None | |

**12.** (See instructions on reverse.)    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| None | $2,000,000 (2 million) | None | $2,000,000 (2 million) |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form None | 14. DATE OF SIGNATURE 12-29-2020 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                    NSN 7540-00-634-4046                    STANDARD FORM 95
                                                                  PRESCRIBED BY DEPT. OF JUSTICE
                                                                  28 CFR 14.2

GOVERNMENT EXHIBIT
**C**

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☑ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?    ☐ Yes    ☑ No    | 17. If deductible, state amount.

*None*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

*None.*

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☑ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

# COMPLAINT CONCERNING VIOLATION OF CIVIL RIGHTS OR CIVIL LIBERTIES BY A DOJ EMPLOYEE

## My Information:

Codi James Dodge

lynndodge@bellsouth.net

P.O. Box 80705, Lafayette LA 70598 USA

(337) 257-1678

Year of Birth:  1983

Last four digits of SSN:  4688

## Direct Contact:

Codi Dodge 20396-035

Federal Medical Center

P.O. Box 1600

Butner NC 27509

## Information about the Employees I'm Complaining About:

Charles B. Koger, FBI Agent

102 Versailles Blvd. #725, Lafayette LA 70501 USA

Cell: (504) 228-8875  Office:  (337) 264-8154

AND

Wesley Ashton Lewis III (aka Trey), FBI Agent

102 Versailles Blvd. #725, Lafayette LA 70501 USA

Office: (337) 233-2164

Exhibit A
Page 1

## Description:

On 12/15/2017 I drove to the intersection of Main Hwy and the Breaux Bridge Hwy in Breaux Bridge LA to meet with one of my employees of my construction business. While parking in the parking lot of Foti's Fruit Stand at approximately 5:30 to 6:00 AM, I observed in my rear and side view mirrors that several persons were running up to my vehicle. After observing that they were agents of the FBI, I noticed that there were 3 males agents and one female agent. Two agents that I knew to be Charles B. Koger and Wesley Ashton Lewis III (aka Trey) came to the driver side of my Ford F250. They opened my driver door and forcefully pulled me from my truck. After being ripped from my vehicle I was slammed against the driver side rear door of my 4 door truck with my hands being placed behind my back. Both agents Koger and Lewis were handling me at this time with Charles B. Koger being the one to handcuff me. While placing my hands behind my back, my right wrist was bent to the point of excruciating pain and then the handcuffs were placed on me. I was yelling that he didn't need to be so rough. I was then placed in the back of a black Ford F150 truck with my hands behind me. I continuously complained about my wrist hurting and made several requests to have the handcuffs placed in front of me and chained to my waist. I was told by Agent Koger that they thought I was too dangerous of a criminal and they knew what kind of things I was capable of. I had never been arrested before and had no criminal record. My truck was also searched by Agent Lewis without my permission. After leaving the arrest scene and while being driven to the FBI office, I complained the whole way there about the pain I was in. After arriving at the FBI office (in Lafayette at the Midsouth Bank office tower near the Federal Court house) I was taken out of the truck where my hands were finally placed in handcuffs in front of me and my feet were shackled. After refusing to interview with the FBI, I was taken to the Federal Court house where the Marshall's office booked me into the Lafayette Parish Correctional Center. While being booked I notified the jail nurse that my wrist was in horrible pain and I received no medical attention at all during the 3 days I was there, not even medicine or x-rays. On 6/7/2018 I had to have surgery to place a plate and pins in my wrist from this injury that occurred on the date of my arrest. Supporting documentation from my doctor is attached. The ironic thing is that I was a victim of the same charge that I was allegedly being arrested for, a Color of Law Violation that allegedly happened when I was employed as Deputy Chief of Investigations with the St. Martinville Police Dept. in August of 2016.

I'm currently incarcerated for these alleged charges and contacting me directly is difficult. Please contact my mom, Lynn Dodge at the phone number, email or address listed in my information or my brother, Nick Dodge at (337) 293-0540.

Exhibit A
Page 2

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

950 Pennsylvania Avenue, N.W.
Washington, DC 20530

November 6, 2019

Codi J. Dodge
PO Box 80705
Lafayette, LA 70598

Dear Mr. Dodge:

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, we have forwarded your correspondence to:

> Federal Bureau of Investigation
> Inspection Division
> 935 Pennsylvania Avenue NW
> Washington, DC 20535
> Phone: (202) 324-3000

Please direct any further correspondence regarding this matter to that office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

Exhibit B

This is the letter from the Internal Affairs Section of the FBI which reads....

This letter is in response to your communication which was forwarded to the Federal Bureau of Investigation (FBI), Which Inspection Division (INSD), Internal Affairs Section (IAS), Intial Processing Unit (IPU). The IAS/INSD is the FBI entity responsible for investigating allegations of misconduct or criminal activity on the part of FBI employees.
IAS/IPU has reviewed your complaint and has determined an Internal Affairs investigation by the FBI is not warranted. This matter was forwarded within the FBI to the appropriate entity for review and appropriate handling. As this matter has already been reviewed by the United States Department of Justice, Office of the Inspector General, IAS/IPU will take no further action in this matter.

It is signed by a name i cant read but whos title is Initial Processing Unit, Internal Affairs Unit, Inspection Division.

that letter from the FBI was dated July 17,2020 and it was postmarked July 28,2020

Exhibit C

**LOS**
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV  Lafayette, LA  70508
(337) 235-8007  Fax: (855) 270-5479

Page 1
Office Visit

**Codi Dodge**
Male  DOB: 08/21/1983                    731125                    Ins: Self Pay

**05/07/2018 - Office Visit: R scaphoid**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD
**HPI**
Codi is a 34-year-old right-hand dominant male who presents today as a new patient evaluation for right wrist pain. He has a right scaphoid fracture. He began having pain in 12/2017. He describes a forceful arrest by the FBI. He said that he informed them that he was having right wrist pain. The pain occurred at that time and has continued since then, although he had some mild wrist pain on that side a few months prior. He denies any history of a significant wrist injury prior to that '12/2017 incident. He was a police officer for 13 years. He tells me about an issue that began in 02/2016 where he pursued 2 suspects. In 02/2016, he made an arrest on these 2 individuals for cocaine. He said that 5 months later, he had a rent house that was burglarized by the driver of that car that was arrested. He said he caught the person about 15 minutes after being notified by someone that the house was being burglarized. He arrested him again at that time. He did have a minor altercation during that arrest, but denies any wrist pain. He ultimately retired as a police officer in 12/2016. He began flipping houses and then building houses. He does work with his hands and has had some occasional wrist soreness when moving and lifting things, but denies any injury to the wrist while working building houses.
**Review of Systems:**
Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Depression, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.
**Allergies:**
* metal - negative
**Medications:**
* no current medications
**Patient History of:**
Negative
**Surgical History:**
No Previous Orthopaedic Surgery-history
**Known Family History of:**
Negative
**Social History:**
Codi Dodge is a married 34 year old male.  He has never used tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (05/07/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (05/07/2018).
**Physical Exam**
**Height(05/07/2018):** 78 in.    **Weight(05/07/2018):** 170 lbs.    **BMI:** 19.72  **Pulse:** 80  **Blood pressure:** 118 / 78 mm Hg
**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. · Patient was alert and oriented x 3. The patient's mood was normal.  A head exam revealed normocephalic/atraumatic.  An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries.  An ears, nose, and throat exam showed normal, no lesions or deformities.  Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath.  A skin exam showed normal temperature and color in the area of examination.  A lymphatic exam revealed no adenopathy in the area of examination.

Exhibit D
Page 1

**LOS**
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV  Lafayette, LA  70508
(337) 235-8007  Fax: (855) 270-5479

Page 2
Office Visit

**Codi Dodge**
Male  DOB: 08/21/1983                         731125

Ins: Self Pay

**Right Wrist/Hand**
Inspection shows tenderness, normal digital cascade.  Wrist ROM is less than normal.  Digits ROM is normal.  Wrist stability is normal.  Digits stability is normal.  Wrist strength is normal.  Digits strength is normal.  Radial pulse is 2+.  Capillary refill is normal.  Sensation is normal.  Skin is normal.     Right Wrist Range of Motion: Ext. - 45, Flex - 50

**Left Wrist/Hand**
Inspection shows normal digital cascade.  Wrist ROM is less than normal.  Digits ROM is normal.  Wrist stability is normal.  Digits stability is normal.  Wrist strength is normal.  Digits strength is normal.  Radial pulse is 2+.  Capillary refill is normal.  Sensation is normal.  Skin is normal.     Left Wrist Range of Motion: Ext. - 70, Flex - 70

**Additional**
Right: He has pain with decreased right wrist flexion and extension. He has more pain with flexion than extension. He is very tender to palpation in the snuffbox. He has pain with a Watson shift test, but there is no click and no instability. There is tenderness to palpation over the tip of the radial styloid.

**Imaging/Diagnostic Studies**
Radiographs obtained and reviewed today include 3 views of the right wrist. There is a minimally displaced fracture of the proximal pole of the scaphoid. The scaphoid is still well-aligned. There are mild cystic changes developing on the distal side of the fracture. There is no definitive sclerosis of proximal pole yet. There are no degenerative changes that would represent developing SNAC wrist arthritis.

**Impression**
Right wrist displaced fracture of proximal third of scaphoid bone with nonunion (ICD10-S62.031K), with radiographic findings consistent with the reported date of injury in 12/2017.

**Plan**
I discussed the diagnosis with him. I explained that proximal pole fractures are more likely to develop nonunion because of the blood supply. I explained that there is the possibility of developing avascular necrosis of the proximal pole as well. I recommend surgical management at some point in the near future. However, I recommend an MRI of the right wrist first to evaluate for avascular necrosis that can potentially change the type of surgical management. I would like to see him back after the MRI is completed to discuss the findings and to discuss the potential surgical options. Until then, I recommend that he see our therapy office for fabrication of a zipper-type thumb spica orthosis to wear for activities to minimize pain and prevent any further displacement at the level of the fracture.

I, Erin McBride, am acting as scribe for Robert LeBlanc, MD.

**Electronically signed by Robby LeBlanc MD on 05/08/2018 at 4:09 PM**

Exhibit D
Page 2



LOUISIANA ORTHOPAEDIC SPECIALISTS

**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV
Lafayette, LA 70508
Phone #: (337)235-8007
Fax: (855)270-5479

Name:      Codi Dodge
Patient ID: 272257
DOB:       8/21/1983
Acc #:     411190

Exam Date:   5/9/2018 11:56 AM
Exam Name:   MRI Right Wrist | 73221
Referrer:    Robby LeBlanc, MD
2nd Referrer: LOSPEC LOSPEC
Referrer #3:

History: Pain, scaphoid fracture, attention proximal pole and possible degenerative arthritis

Comparison is made with radiographs dated 5/17/2018

Technique: Routine multiplanar and multisequence noncontrast MRI images were obtained of the right wrist.

Findings:

Subacute to chronic proximal scaphoid pole fracture without solid osseous bridging. Mild sclerosis and cystic change on both sides of the fracture plane. No significant osteochondral regularity to the radial scaphoid articulation. Low-level marrow edema volar distal radius

Normal carpal alignment. Chronic corticated ossicle off the ulnar styloid. The scapholunate and lunotriquetral ligaments are intact. Intact central TFC with distortion and mild edema to the peripheral foveal insertion. No significant joint effusion is present along the carpal compartment or distal radial ulnar joint space.

Intact flexor tendons. There is no abnormal bowing of the flexor retinaculum. The neurovascular bundles including the median nerve are unremarkable. Mild increased size and signal extensor carpi ulnaris tendon perched on the ulnar styloid. The liver extensor tendons and tendon sheaths are intact.

No worrisome soft tissue mass or fluid collection is evident.

Impression:

1. Subacute to chronic proximal scaphoid pole fracture without solid osseous bridging, mild sclerosis and cystic change on both sides of the fracture plane raises the possibility of early AVN

2. Low-level marrow edema volar distal radius may be traumatic or stress edema without fracture, no appreciable radioscaphoid degenerative arthrosis

3. Intact central TFC with distortion and mild edema to the peripheral foveal insertion, chronic ulnar styloid ossicle

4. Extensor carpi ulnaris tendinosis without tearing, tendon is perched on the ulnar styloid

Electronically Signed by: Michael E Patyrak, MD

Exhibit D
Page 3

## LOS
**LOUISIANA ORTHOPAEDIC SPECIALISTS**
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV  Lafayette, LA  70508
(337) 235-8007  Fax: (855) 270-5479

Page 1
Office Visit

**Codi Dodge**
Male  DOB: 08/21/1983                          731125                                    Ins: Self Pay

**05/14/2018 - Office Visit: Rwr ist**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD
### HPI
Codi is a 34-year-old right-hand dominant male who presents today for MRI results. The patient began having pain of the right wrist in 12/2017. He describes a forceful arrest by the FBI. He said that he informed them that he was having right wrist pain. The pain occurred at that time and has continued since then, although he had some mild wrist pain on that side a few months prior. He denies any history of a significant wrist injury prior to that 12/2017 incident. He was a police officer for 13 years. He tells me about an issue that began in 02/2016 where he pursued 2 suspects. In 02/2016, he made an arrest on these 2 individuals for cocaine. He said that 5 months later, he had a rent house that was burglarized by the driver of that car that was arrested. He said he caught the person about 15 minutes after being notified by someone that the house was being burglarized. He arrested him again at that time. He did have a minor altercation during that arrest, but denies any wrist pain. He ultimately retired as a police officer in 12/2016. He began flipping houses and then building houses. He does work with his hands and has had some occasional wrist soreness when moving and lifting things, but denies any injury to the wrist while working building houses. An MRI was ordered at his last visit and we have those results today.
### Review of Systems:
Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Depression, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.
### Allergies:
* metal - negative
### Medications:
* no current medications
### Patient History of:
Negative
### Surgical History:
No Previous Orthopaedic Surgery-history
### Known Family History of:
Negative
### Social History:
Social history taken on 05/07/2018 states Codi Dodge is a married 34 year old male.  He has never used tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (05/14/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (05/14/2018).
### Physical Exam
**Height(05/14/2018):** 78 in.  **Weight(05/14/2018):** 170 lbs.  **BMI:** 19.72  **Pulse:** 80  **Blood pressure:** 118 / 78 mm Hg

### Mental/HEENT/Cardio/Skin
The patient's general appearance was well nourished, well hydrated, no acute distress.  Patient was alert and oriented x 3. The patient's mood was normal.  A head exam revealed normocephalic/atraumatic.  An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries.  An ears, nose, and throat exam showed normal, no lesions or deformities.  Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath.  A skin exam showed normal temperature and color in the area of examination.  A lymphatic exam revealed no adenopathy in

Exhibit D
Page 4

## LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV  Lafayette, LA  70508
(337) 235-8007  Fax: (855) 270-5479

Page 2
Office Visit

**Codi Dodge**
Male  DOB: 08/21/1983              731125                      Ins: Self Pay

the area of examination.

**Right Wrist/Hand**
Inspection shows tenderness, normal digital cascade.  Wrist ROM is less than normal.  Digits ROM is normal.  Wrist stability is normal.  Digits stability is normal.  Wrist strength is normal.  Digits strength is normal.  Radial pulse is 2+.  Capillary refill is normal.  Sensation is normal.  Skin is normal.    Right Wrist Range of Motion: Ext. - 45, Flex - 50

**Left Wrist/Hand**
Inspection shows normal digital cascade.  Wrist ROM is less than normal.  Digits ROM is normal.  Wrist stability is normal.  Digits stability is normal.  Wrist strength is normal.  Digits strength is normal.  Radial pulse is 2+.  Capillary refill is normal.  Sensation is normal.  Skin is normal.    Left Wrist Range of Motion: Ext. - 70, Flex - 70

**Additional**
Right: He has pain with decreased right wrist flexion and extension.  He has more pain with flexion than extension.  He is very tender to palpation in the snuffbox.  He has pain with a Watson shift test, but there is no click and no instability.  There is tenderness to palpation over the tip of the radial styloid.

## Imaging/Diagnostic Studies
The patient had an MRI of the right wrist on 05/09/2018 at our facility. It showed:

1. Subacute to chronic proximal scaphoid pole fracture without solid osseous bridging, mild sclerosis, and cystic change on both sides of the fracture plane raising the possibility of early AVN.

2. Low-level marrow edema volar distal radius may be traumatic or stress edema without fracture, no appreciable radioscaphoid degenerative arthrosis.

3. Intact central TFC with distortion and mild edema to the peripheral foveal insertion, chronic ulnar styloid ossicle.

4. Extensor carpi ulnaris tendinosis without tearing, the tendon is perched on the ulnar styloid.

I reviewed the previous radiographs obtained of the right wrist today. There is a minimally displaced fracture of the proximal pole of the scaphoid. The scaphoid is still well-aligned. There are mild cystic changes developing on the distal side of the fracture. There is no definitive sclerosis of proximal pole yet. There are no degenerative changes that would represent developing SNAC wrist arthritis.
## Impression
Subacute right proximal pole scaphoid fracture without definitive AVN. There is no evidence of posttraumatic arthritis at the proximal scaphoid or distal radius.

## Plan
The findings on the x-rays and now an MRI are consistent with the reported time frame regarding the right wrist injury in 12/2017. I recommend surgical management. I recommend that this be done as soon as reasonably possible. A continued delay for surgery increases the chance of nonunion. However, he does have a short arm thumb spica orthosis now. He will maintain this full-time or as much as he can until the surgery can be done. I recommend ORIF of the right scaphoid fracture through a dorsal approach. I recommend a distal radius bone graft and internal fixation with a headless compression screw. I discussed all of this with him in detail today. I explained that it is still possible for the bone to go on to avascular necrosis. It is also possible that the bone may not heal.

We discussed operative and non-operative management. Risks, benefits, and alternatives to the proposed surgery were discussed with the patient including the risk of infection, bleeding, nerve injury, vessel injury, stiffness, scarring, persistent pain, recurrence and need for further surgery. The patient wishes to proceed with the planned procedure. I reviewed the written consent with the patient today and gave them the opportunity to ask questions. I feel that I answered the patient's

Exhibit D
Page 5

# LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV  Lafayette, LA  70508
(337) 235-8007  Fax: (855) 270-5479

Page 3
Office Visit

**Codi Dodge**
Male  DOB: 08/21/1983                          731125                              Ins: Self Pay

questions to their satisfaction.

This will be done under brachial plexus block and IV anesthesia in the near future.

The patient will need a bone stimulator postoperatively. I want to see about getting this even before surgical management to increase the chances of healing by initiating it as soon as possible postoperatively.

I, Erin McBride, am acting as scribe for Robert LeBlanc, MD.

**Electronically signed by Robby LeBlanc MD on 05/14/2018 at 4:35 PM**

Exhibit D
Page 6

**RADIOLOGIC REPORT**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| **Patient Identification:** | | |
|---|---|---|
| Name, Reg #, Date of Birth, Institution | Facility: Butner FMC | Exam(s) Requested: |
| DODGE, CODI | | General Radiology - Right Wrist. |
| Reg. #: 20396-035 | Requested By: | |
| DOB: 08/21/1983 | REGINALD HALL, MD | |

Reasons for Study/Provisional Diagnosis as per Referring Clinician *[per request form]*.
Lateral right wrist to see if screw head rises above the dorsal aspect of the distal radius.

| Date of Study: | Date of Dictation: | Dictation Received: | Dictation Transcribed: |
|---|---|---|---|
| 10/31/2019 | 10/31/2019 | 10/31/2019 | 10/31/2019 |

### Sensitive but Unclassified

**TECHNIQUE:** A lateral radiograph of the right wrist with the hand in palmar flexion is performed as specifically requested.

**COMPARISON:** Right wrist radiographs 09/10/2019 and CT scan from 10/03/2019.

**FINDINGS:**
There are two screws within the scaphoid, best appreciated on the prior radiographs. One of the screws has a more longitudinal configuration along the course of the distal pole of the scaphoid. The other screw has a more transverse orientation. The screw with the more transverse orientation protrudes slightly beyond the dorsal margin of the scaphoid by approximately 2 mm; the dorsal margin of this screw does not protrude beyond the dorsal margin of the distal radius. Immediately dorsal to this screw is an osseous fragment measuring approximately 6 x 5 mm. This osseous fragment is not secured to the particular screw.

**IMPRESSION:**
Two screws within the scaphoid as detailed above. The more transversely oriented screw protrudes slightly beyond the dorsal margin of the scaphoid as detailed above. There is an adjacent 6 x 5 mm bony fragment dorsal to the screw which is not secured to the screw itself.

| Signature: | Location of Radiologic Facility: |
|---|---|
| *C C* | Butner |
| CHRISTOPHER M. CEPEDA, M.D. | |

Job No: 072864   MT: 0951                                    Page **1** of **1**

Exhibit D
Page 7

athena                    11/25/2019 .10:42:55 AM EST                    PAGE: 03/6

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150
DODGE, CODI (id #9180760, dob: 08/21/1983)

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 11/22/2019**          *20396-035*

### Patient

| | | | |
|---|---|---|---|
| **Name** | DODGE, CODI (36yo, M) ID# 9180760 | **Appt. Date/Time** | 11/22/2019 10:45AM |
| **DOB** | 08/21/1983 | **Service Dept.** | WPP Ortho |
| **Provider** | ALDRIDGE MACK III, MD | | |
| **Insurance** | Med Contracts: NC DEPT OF CORRECTIONS - CORRECTIONAL INSTITUTION Insurance # : 20396035 Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### Chief Complaint

Right wrist problem

### Vitals

None recorded.

### Allergies

**Reviewed Allergies**
NKDA

### Medications

No medications reported

### Problems

**Reviewed Problems**
No known problems

### Family History

**Reviewed Family History**

### Social History

**Reviewed Social History**

### Surgical History

**Reviewed Surgical History**

### Past Medical History

**Reviewed Past Medical History**

### Screening

None recorded.

### HPI

This is a new patient evaluation.

**CHIEF COMPLAINT**
Persistent pain following ORIF of a right scaphoid fracture.

**HISTORY OF PRESENT ILLNESS**
Mr. Codi Dodge is a pleasant 36-year-old right-hand-dominant male who is currently incarcerated in the Butner Correctional Institution. He is here today for evaluation of persistent pain following ORIF of a right scaphoid fracture with a bone graft performed on 04/17/2018 in Louisiana. His date of injury was 12/2017. The patient is accompanied by corrections personnel today.

The patient experiences right wrist pain, particularly when working out with elastic bands. He has experienced difficulty holding tools in the past.

The patient owns a construction company. His duties include drafting activities. He anticipates being released anywhere from 2022-2024.

### ROS

**ROS as noted in the HPI**

### Physical Exam

Patient is a 36-year-old male.

BUH


Exhibit E
Page 1

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150
## DODGE, CODI (id #9180760, dob: 08/21/1983)

GENERAL: Very pleasant, healthy appearing, cooperative male in no distress.
GAIT: Reciprocal. Bipedal. Non-antalgic.
HEAD: Normocephalic, atraumatic.
NECK: No swelling noted. No visible goiter. No JVD.
CHEST: Normal chest excursion with respiration.
HEART: Regular rate and rhythm.
RESPIRATORY: Normal respiratory effort. No respiratory distress.
GI/GU: Non-distended.
BACK: No evidence of trauma or deformity.
EXT: 2+ radial pulse. On exam of the right hand, he submits his hand for handshake without apprehension. Firm grasp. Wrist flexion is approximately 65 degrees. Extension is almost 80 degrees. Ulnar deviation of 15 degrees. Radial deviation of 10-15 degrees with pain. Pain along the dorsoradial wrist and in the anatomic snuffbox. Negative Watson test. Sensibility is intact to light touch in the median, radial, and ulnar distributions.
SKIN: Normal for age and race over visualized area except as noted above.
NEURO: Unremarkable. Neurovascularly intact. Alert and oriented X 3.

## Procedure Documentation

None recorded.

## Assessment / Plan

IMPRESSION
Right 1/3 proximal pole scaphoid nonunion with prominent hardware and evidence of avascular necrosis of the proximal pole; an unsalvageable scaphoid at this point.

PLAN
We discussed the patient's x-rays in detail. I feel the patient's symptoms warrant surgical intervention and his salvage options were discussed.

The patient and I discussed my recommendation for surgery: RIGHT SCAPHOID EXCISION WITH 4-CORNER FUSION WITH REMOVAL OF HARDWARE versus PROXIMAL ROW CARPECTOMY WITH REMOVAL OF HARDWARE. I WOULD ALSO PERFORM A RADIAL STYLOIDECTOMY AND A PIN NEURECTOMY TO ASSIST WITH POSTOP PAIN. The procedure has been discussed in detail, including rationale for proceeding with the procedure, specifics of the technical aspects of the procedure, inherent risks and benefits, and the expected postoperative course including the possible need for activity modification and duration of expected recovery.

I explained the exact procedure performed would be determined at the time of surgery.

We discussed I am happy to treat this patient should this be his desire following approval from the correctional facility.

The patient understands the risks and benefits. The patient verbalizes understanding with the treatment plan and agrees.

Dictated by J. Mack Aldridge III, MD and scribed by Tamy Lemke.

XR, WRIST, 3 OR MORE VIEW
• Side: RIGHT
X-rays today, 4 views of the right wrist, show a persistent nonunion of a very proximal pole fracture of the scaphoid and slight prominence of the proximal threads on the screw. There is loosening of a screw with dorsal penetration on the lateral view and a scaphoid fragment. There is also evidence of AVN of the scaphoid.

## Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Aldridge Mack III, MD, 11/25/2019.

Encounter performed and documented by Aldridge Mack III, MD
Encounter reviewed & signed by Aldridge Mack III, MD on 11/25/2019 at 10:40am

Exhibit E
Page 2

# Patient Ledger - Detailed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Patient ID: | 731125 | | | Codi Dodge | | | Total Charges: | | | $994.88 |
| Birthdate: | 08/21/1983 | | | 1074 Dwyer Dr | | | Total Payments: | | | $994.88 |
| Phone 1: | (337) 654-8149 Cellular | | | Saint Martinville LA 70582 | | | Total Adjustments: | | | $0.00 |
| Phone 2: | | | | | | | Insurance Balance: | | | $0.00 |
| | | | | | | | Patient Balance: | | | $0.00 |

| Visit DOS | Visit DOE | Company | Provider | Facility | Ticket Number | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code | Modifiers | Description | | Check # | Units | Charge | Payment | Adjustment | Insurance | Patient |
| 05/07/2018 | 05/07/2018 | Louisiana Orthopaedic Specialists, LLC | LeBlanc MD, Robby | LOS Lafayette Office | LA193369 | | | | | | | |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | 1059 | | | ($276.84) | $0.00 | | |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | | | | $276.84 | $0.00 | | |
| | | 05/16/2018 | Dodge, Codi | | Conveyance | | | | | $0.00 | $0.00 | | |
| 05/07/2018-05/07/2018 | | 05/07/2018 | 73110 | RT | Radiologic examination; wrist; co | | | 1.00 | $69.19 | | | $0.00 | $0.00 |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | 1060 | | | ($13.05) | $0.00 | | |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | | | | ($93.39) | $0.00 | | |
| | | 05/16/2018 | Dodge, Codi | | Conveyance | | | | | $14.63 | $0.00 | | |
| | | 06/25/2018 | Dodge, Codi | | Refund | | 19580 | | | $22.62 | $0.00 | | |
| 05/07/2018-05/07/2018 | | 05/07/2018 | 99203 | | Office Visit, New Patient, Level III | | | 1.00 | $135.92 | | | $0.00 | $0.00 |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | | | | ($183.45) | $0.00 | | |
| | | 05/07/2018 | Dodge, Codi | | Patient Payment | | 1060 | | | ($25.65) | $0.00 | | |
| | | 05/16/2018 | Dodge, Codi | | Conveyance | | | | | $28.75 | $0.00 | | |
| | | 06/25/2018 | Dodge, Codi | | Refund | | 19580 | | | $44.43 | $0.00 | | |
| | | | | | Visit Total/Balance Due | | | | $205.11 | ($205.11) | $0.00 | $0.00 | $0.00 |
| 05/09/2018 | 05/09/2018 | Louisiana Orthopaedic Specialists, LLC | LeBlanc MD, Robby | LOS Lafayette Office | LA193960 | | | | | | | |
| | Current Insurance Carrier: | | Self Pay | | | | | | | | | |
| | | 05/09/2018 | Dodge, Codi | | Patient Payment | | 1062 | | | ($650.00) | $0.00 | | |
| | | 05/14/2018 | Dodge, Codi | | Patient Payment | | | | | $650.00 | $0.00 | | |
| 05/09/2018-05/09/2018 | | 05/14/2018 | 73221 | | Magnetic resonance (eg, proton) i | | | 1.00 | $650.00 | | | $0.00 | $0.00 |
| | | 05/14/2018 | Dodge, Codi | | Patient Payment | | | | | ($650.00) | $0.00 | | |
| | | | | | Visit Total/Balance Due | | | | $650.00 | ($650.00) | $0.00 | $0.00 | $0.00 |
| 05/14/2018 | 05/14/2018 | Louisiana Orthopaedic Specialists, LLC | LeBlanc MD, Robby | LOS Lafayette Office | LA194553 | | | | | | | |
| | Current Insurance Carrier: | | Self Pay | | | | | | | | | |
| | | 05/14/2018 | Dodge, Codi | | Patient Payment | | 1065 | | | ($91.39) | $0.00 | | |
| | | 05/14/2018 | Dodge, Codi | | Patient Payment | | | | | $91.39 | $0.00 | | |
| | | 05/16/2018 | Dodge, Codi | | Conveyance | | | | | $0.00 | $0.00 | | |
| 05/14/2018-05/14/2018 | | 05/14/2018 | 99214 | | Office Visit, Established Patient, I | | | 1.00 | $134.77 | | | $0.00 | $0.00 |
| | | 05/14/2018 | Dodge, Codi | | Patient Payment | | | | | ($91.39) | $0.00 | | |
| | | 05/16/2018 | Dodge, Codi | | Conveyance | | | | | ($43.38) | $0.00 | | |
| | | | | | Visit Total/Balance Due | | | | $134.77 | ($134.77) | $0.00 | $0.00 | $0.00 |
| 09/12/2019 | 09/12/2019 | Louisiana Orthopaedic Specialists, LLC | LeBlanc MD, Robby | LOS Lafayette Office | LA282724 | | | | | | | |
| | Current Insurance Carrier: | | Self Pay | | | | | | | | | |
| 09/12/2019-09/12/2019 | | 09/12/2019 | 99080A | | Narrative Report | | | 1.00 | $5.00 | | | $0.00 | $0.00 |
| | | 09/12/2019 | Dodge, Codi | | Patient Payment | | | | | ($5.00) | $0.00 | | |
| | | | | | Visit Total/Balance Due | | | | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| | | | | | Selected Visit Totals | | | | $994.88 | ($994.88) | $0.00 | $0.00 | $0.00 |

Exhibit F
Page 1

Statement #: 504053476

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 894.00 | | ☐ Check | ☐ Discover | ☐ Visa | ☐ Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

Please visit our website:
www.LafayetteGeneral.com/billpay

Make Checks Payable and Mail to:

Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | Account #: | Statement #: |
|---|---|---|
| | 415439 | 504053476 |

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 05-22-2018 Financial#: 4154390003 University Hospital and Clinics | | | | | | |
| | 05-22-2018 | DX X-RAY | 420.00 | | 420.00 | |
| | 05-22-2018 | EMERG ROOM | 573.00 | | 573.00 | |
| | | Payments | -99.00 | | | |
| | | Visit Total: | 894.00 | 0.00 | 894.00 | |
| Collection Agency Assigned: Trans Financial | | | | | | |
| Bad Debt Balance: $ 894.00 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 894.00 | |

Total patient payments and or co-payments applied since last statement: $ -99.00

*R – Description of Remarks

Page 1 of 1

Exhibit F
Page 2

Statement #: 504053477

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 310.00 | | ☐ Check  ☐ Discover  ☐ Visa | | | ☐ Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X _____ | | | | |

Please visit our website:
www.LafayetteGeneral.com/billpay

Make Checks Payable and Mail to:

⅃ɪ..ɪ⅃ɪ..ɪ⅃ɪɪ.⅃ɪɪ.⅃.⅃
Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

⅃ɪ..ɪ⅃ɪ..ɪ⅃ɪ⅃.⅃ɪɪ.⅃.ɪ⅃ɪɪ⅃ɪ⅃
University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| Account #: | Statement #: |
|---|---|
| 415439 | 504053477 |

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 05-30-2018 Financial#: 9991361449 UHC AMB Clinics | | | | | | |
| | 05-30-2018 | DX X-RAY | 210.00 | | 210.00 | |
| | 05-30-2018 | CLINIC | 120.00 | | 120.00 | |
| | | Payments | -20.00 | | | |
| | | Visit Total: | 310.00 | 0.00 | 310.00 | |
| Collection Agency Assigned: Trans Financial Bad Debt Balance: $ 310.00 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 310.00 | |

Total patient payments and or co-payments applied since last statement: $ -20.00

*R - Description of Remarks

Page 1 of 1

Exhibit F
Page 3

Statement #: 504053478

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 0.00 | | ☐ Check | ☐ Discover | ☐ Visa | ☐ Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

**Please visit our website:**
www.LafayetteGeneral.com/billpay

Make Checks Payable and Mail to:

Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | Account #: | Statement #: |
|---|---|---|
| | 415439 | 504053478 |

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 06-05-2018 Financial#: 4154390005 | | | | | | |
| University Hospital and Clinics | | | | | | |
| | 06-05-2018 | LABORATORY | 53.00 | | 53.00 | |
| | 06-05-2018 | LAB/CHEMISTRY | 48.00 | | 48.00 | |
| | | Payments | -101.00 | | | |
| | | Visit Total: | 0.00 | 0.00 | 0.00 | |
| | | | | | | 1 |
| | | Unpaid Balance: | | 0.00 | 0.00 | |

Total patient payments and or co-payments applied since last statement: $-101.00

*R - Description of Remarks

1 - This balance is due from you. Please pay in full

Exhibit F
Page 4

Statement #: 504053479

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 9105.00 | | ☐Check  ☐Discover  ☐Visa | | | ☐Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

Please visit our website:
www.LafayetteGeneral.com/billpay

Make Checks Payable and Mail to:

Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | Account #: 415439 | | Statement #: 504053479 |
|---|---|---|---|

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 06-07-2018 Financial#: 4154390004 | | | | | | |
| University Hospital and Clinics | | | | | | |
| | 06-07-2018 | PHARMACY | 186.00 | | 186.00 | |
| | 06-07-2018 | NON-STER SUPPLY | 124.00 | | 124.00 | |
| | 06-07-2018 | STERILE SUPPLY | 710.00 | | 710.00 | |
| | 06-07-2018 | SUPPLY/IMPLANTS | 2030.00 | | 2030.00 | |
| | 06-07-2018 | DX X-RAY | 895.00 | | 895.00 | |
| | 06-07-2018 | OR SERVICES | 3572.00 | | 3572.00 | |
| | 06-07-2018 | OR/MINOR | 137.00 | | 137.00 | |
| | 06-07-2018 | ANESTHESIA | 645.00 | | 645.00 | |
| | 06-07-2018 | DRUGS/DETAIL CODE | 231.00 | | 231.00 | |
| | 06-07-2018 | RECOVERY ROOM | 575.00 | | 575.00 | |
| | | Visit Total: | 9105.00 | 0.00 | 9105.00 | |
| Collection Agency Assigned: Trans Financial | | | | | | |
| Bad Debt Balance: $ 9105.00 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 9105.00 | |

Total patient payments and or co-payments applied since last statement: $0.00

*R – Description of Remarks

Page 1 of 1

Exhibit F
Page 5

Statement #: 504053480

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 819.00 | | ☐ Check | ☐ Discover | ☐ Visa | ☐ Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

Make Checks Payable and Mail to:

**Please visit our website:**
www.LafayetteGeneral.com/billpay

Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | Account #: 415439 | Statement #: 504053480 |
|---|---|---|

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 06-20-2018 Financial#: 9991385459 | | | | | | |
| UHC AMB Clinics | 06-20-2018 | CLINIC | 839.00 | | 839.00 | |
| | | Payments | -20.00 | | | |
| | | Visit Total: | 819.00 | 0.00 | 819.00 | |
| Collection Agency Assigned: Trans Financial | | | | | | |
| Bad Debt Balance: $ 819.00 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 819.00 | |

Total patient payments and or co-payments applied since last statement: $ -20.00

*R - Description of Remarks

Page 1 of 1

Exhibit F
Page 6

Statement #: 504053481

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 626.00 | | ☐Check ☐Discover ☐Visa | | | ☐Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

**Please visit our website:**
www.LafayetteGeneral.com/billpay

Make Checks Payable and Mail to:

Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| Account #: | Statement #: |
|---|---|
| 415439 | 504053481 |

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 07-23-2018 Financial#: 9991431375 | | | | | | |
| UHC AMB Clinics | 07-23-2018 | DX X-RAY | 210.00 | | 210.00 | |
| | 07-23-2018 | CLINIC | 436.00 | | 436.00 | |
| | | Payments | -20.00 | | | |
| | | Visit Total: | 626.00 | 0.00 | 626.00 | |
| Collection Agency Assigned: Trans Financial | | | | | | |
| Bad Debt Balance: $ 626.00 | | | | | | 1 |
| | | Unpaid Balance: | | 0.00 | 626.00 | |

Total patient payments and or co-payments applied since last statement: $ -20.00

**\*R - Description of Remarks**
1 - The balance on your account is delinquent. If not paid in full within 10 days, the amount may be referred to a collection agency

Page 1 of 1

Exhibit F
Page 7

Statement #: 504053482

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 415439 | 310.00 | | ☐ Check  ☐ Discover  ☐ Visa | | ☐ Master Card | |
| Statement Date: | Date Due: | Credit Card Number: | | | Exp. Date: | |
| 12-09-2020 | 01-10-2021 | | | | | |
| Online Access Code: | | Signature: | | | | |
| 7977331147 | | X | | | | |

Please visit our website:
www.LafayetteGeneral.com/billpay

lllllllllllllllllllllllllll
Codi James Dodge
1074 DWYER DR

SAINT MARTINVILLE, LA  705826016

Make Checks Payable and Mail to:

lllllllllllllllllllllllll
University Hospital and Clinics
PO Box 53247

Lafayette, LA  705053247

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | Account #: 415439 | Statement #: 504053482 |
|---|---|---|

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: Codi James Dodge | | | | | | |
| Date of Service: 09-05-2018 Financial#: 9991492929 | | | | | | |
| UHC AMB Clinics | | | | | | |
| | 09-05-2018 | DX X-RAY | 210.00 | | 210.00 | |
| | 09-05-2018 | CLINIC | 120.00 | | 120.00 | |
| | | Payments | -20.00 | | | |
| | | Visit Total: | 310.00 | 0.00 | 310.00 | |
| Collection Agency Assigned: Trans Financial | | | | | | |
| Bad Debt Balance: $ 310.00 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 310.00 | |

Total patient payments and or co-payments applied since last statement: $ -20.00

*R - Description of Remarks

Exhibit F
Page 8

Page 1 of 1

Lynn Dodge
415 Lancaster
Lafayette LA 70506

U.S. POSTAGE
$2.60
FCM LG ENV
70508 0000
Date of sale
01/02/21
06        2SK
11486099
FOLD HERE

Federal Bureau of Investigation
~~Inspection Division~~ RM 10140
935 Pennsylvania Avenue NW
Washington  DC  20535



Opened & Inspected

JAN 1 1 2021

Mail Services #32