UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CODI DODGE | DOCKET NO. 6:21-cv-2271<br>SECTION P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Dismiss (doc. 30) be **GRANTED** and that the action be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 22nd day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE